IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE CRUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, GOVERNOR )<br>BOB RILEY, and the ALABAMA )<br>DEVELOPMENT OFFICE, )<br>)<br>Defendant. ) | CIVIL ACTION NO.  2:04CV497-T<br>[WO] |

**ORDER ON MOTION**

On 7 March 2005, the plaintiff, Eugene Crum ["Crum"] filed another Motion To Quash Subpoenas (Doc. # 37) served upon non-parties T-Mobile ["TM"] and Gardnyr Capital ["GC"].  Crum seeks an order prohibiting the disclosure of documents requested by the defendants, namely:

1. From TM: "[B]illing statements and documentation of incoming and outgoing cell phone calls on Plaintiff's cell phone from the time the cell phone was activated to the present."

2. From GC: "[A]ll documentation regarding business transactions between GC, Eugene Crum, and Western Dynamics Development and Consulting Group, LLC ("WD") from July 1, 2000 to the present".

The defendants have not specifically responded to this motion.  However, on 14 April 2005, the court entered an order (Doc. # 53) on another motion to quash subpoenas filed by Crum

(See Doc. # 28).   The defendants filed an extensive response to Doc. # 28.

The subpoenas in those cases sought the same general type of documentation in question here.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED, and the subpoena is quashed.

DONE this 18th day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE