IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUGENE CRUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04CV497-T |
| | ) | [WO] |
| STATE OF ALABAMA, GOVERNOR | ) | |
| BOB RILEY, and the ALABAMA | ) | |
| DEVELOPMENT OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 14 April 2005, the court entered an order (Doc. # 53), granting in part and denying in part the Plaintiff's Renewed Motion To Quash Subpoenas (Doc. # 28).  In the order, the court made findings based upon an extensive and particularized analysis of the defendants' discovery requests and the plaintiff's objections.  Several subpoenas, most with multiple-part requests, were attached to the motion, and the court reviewed each of them and considered all of them in tandem.

On 22 April 2005, the defendants filed a Motion For Reconsideration of the Order (Doc. # 58), and a Second Motion to Supplement Defendants' Response to Plaintiff's Renewed Motion to Quash Subpoenas.  The supplemental response was also filed on the same date as a separate document.

As the defendants indicated in their motion, in considering the plaintiff's renewed motion to quash subpoena (Doc. # 28), the court did not review the defendants' Motion to

Supplement Defendants' Response to Plaintiff's Renewed Motion (Doc. # 49), because it was filed under seal and had not then been made a part of the official record in this case. The court has now reviewed motion and the supplemental response (Doc. # 49) and FINDS that they do not provide a basis for altering or amending the court's order. Further, upon consideration of the subject motion, and second motion to supplement defendants' response to the plaintiff's motion (Doc. # 58), the court FINDS that they do not provide a basis for altering or amending the court's order.

Accordingly, it is ORDERED as follows:

1. The defendant's Motion For Reconsideration of Order Number 53 (Doc. # 58) is GRANTED.

2. The defendant's Second Motion to Supplement Defendants' Response (Doc. # 58) is GRANTED.

3. The court's previous order (Doc. # 53) shall remain in full force and effect.

DONE this 26th day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE